IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHALL LEE FIELD, JR.,

    Petitioner,                    No. CIV S-07-0170 GEB KJM P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and has paid the filing fee. Petitioner does not attack his conviction, however, but rather alleges that prison officials are deliberately indifferent to his serious medical needs. The action is more properly treated as a civil rights action under 42 U.S.C. § 1983, which requires the payment of a filing fee of $350 or the granting of a motion to proceed in forma pauperis. Moreover, in a civil rights action, a plaintiff must name those he alleges are responsible for depriving him of his civil rights. There can be no liability under 42 U.S.C. § 1983 unless there is some affirmative link or connection between a defendant's actions and the claimed deprivation. Rizzo v. Goode, 423 U.S. 362 (1976); May v. Enomoto, 633 F.2d 164, 167 (9th Cir. 1980); Johnson v. Duffy, 588 F.2d 740, 743 (9th Cir.

/////

1

1  1978). Furthermore, vague and conclusory allegations of official participation in civil rights
2  violations are not sufficient. <u>Ivey v. Board of Regents</u>, 673 F.2d 266, 268 (9th Cir. 1982).
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. The petition is dismissed but plaintiff may file a civil rights action, bearing this
5  case number, within thirty days of the date of this order. Plaintiff must submit a request to
6  proceed in forma pauperis or the remaining $345 of the filing fee when he files the civil rights
7  complaint. Failure to comply with this order will result in a recommendation that the case be
8  dismissed.
9  2. The Clerk of the Court is directed to send plaintiff the forms for a civil rights
10 action and for a request to proceed in forma pauperis for use by a prisoner.
11 DATED: February 15, 2007.

_____
U.S. MAGISTRATE JUDGE

2/mp
fiel0170.nh

2