IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHALL LEE FIELD, JR.,

      Petitioner,                            No. CIV S-07-0170 GEB KJM P

    vs.

TOM CAREY, Warden, et al.,

      Respondents.                    <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By an order filed February 16, 2007, petitioner's petition for a writ of habeas corpus was dismissed and he was given thirty days leave to file a civil rights action. He was cautioned that failure to do so would result in a recommendation that this action be dismissed. Petitioner was also instructed to submit a request to proceed in forma pauperis or the remaining $345 of the filing fee with his civil rights complaint. The thirty day period has now expired, and petitioner has not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1   Findings and Recommendations." Petitioner is advised that failure to file objections within the
2   specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
3   F.2d 1153 (9th Cir. 1991).
4   DATED: April 24, 2007.

U.S. MAGISTRATE JUDGE

fiel0170.fta

2