IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHALL LEE FIELD, JR.,

      Petitioner,                      No. CIV S-07-0170 GEB KJM P

    vs.

TOM CAREY, Warden, et al.,

      Respondents.           <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 25, 2007, the undersigned filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.  In light of those objections, the court hereby vacates the findings and recommendations and directs petitioner to file his civil rights complaint within thirty days of the date of this order.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed April 25, 2007, are vacated; and

3  2. Petitioner is directed to file his civil rights complaint within thirty days of the
4  date of this order.

5  DATED: May 17, 2007.

6  _____
   U.S. MAGISTRATE JUDGE

7  2
   fiel0170.vf&r

2