1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARSHALL LEE FIELD,

11          Plaintiff,                    No. CIV S-07-0170 GEB KJM P

12      vs.

13   JAMES TILTON, et al.,

14          Defendants.

15   _____/          ORDER

16          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20          This case was originally filed as a habeas petition; plaintiff paid the filing fee of

21   $5.00 for such a petition.  The court dismissed the petition but allowed plaintiff to file a

22   complaint for a civil rights action.  The filing fee of $350 for this civil rights action has been paid

23   by someone on plaintiff's behalf.  In addition, plaintiff has submitted a declaration that makes

24   the showing required by 28 U.S.C. § 1915(a).   Accordingly, the request to proceed in forma

25   pauperis will be granted as well.  Although the filing fee will not be withdrawn from

26   /////

1

plaintiff's trust account, plaintiff will be allowed to proceed in forma pauperis during the course of this action.

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth Amendment claim.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

2.  Service is appropriate for the following defendants: Traquina and Thor.

3.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed June 13, 2007.

4.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a.  The completed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each defendant listed in number 3 above; and

d.  Three copies of the endorsed complaint filed June 13, 2007.

5.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6.  The Clerk of the Court is directed to refund to plaintiff the $5.00 filing fee originally paid when the case was filed as a habeas action.

/////

/////

/////

2

1        7.  The Clerk of the Court is directed to change the designation of this case from a

2 habeas to a civil rights action.

3 DATED:  October 22, 2008.

4 _____

5 U.S. MAGISTRATE JUDGE

6

7 2
  fiel0170.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MARSHALL LEE FIELD,

11            Plaintiff,                    No. CIV S-07-0170 GEB KJM P

12        vs.

13    JAMES TILTON, et al.,                 NOTICE OF SUBMISSION

14            Defendants.                   OF DOCUMENTS

15    _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17    order filed _____:

18            _____        completed summons form

19            _____        completed USM-285 forms

20            _____        copies of the _____
                                         Complaint/Amended Complaint

21    DATED:

22

23                                         _____

24                                         Plaintiff

25

26