IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHALL LEE FIELD,

    Plaintiff,                     No. CIV S-07-0170 GEB KJM P

    vs.

JAMES TILTON, et al.,

    Defendants.          <u>ORDER</u>

                             /

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: December 8, 2008.

                                             U.S. MAGISTRATE JUDGE

/kly
fiel0170.59